UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:  

J&J Oilfield Services, Inc.,

           Debtor.

_____/

Bankruptcy No. 13-30607
Chapter 11

**ORDER DENYING REQUEST TO VACATE ORDER
GRANTING EXPEDITED HEARING ON MOTION FOR RELIEF FROM STAY**

      Before the Court is Debtor's Objection to Motion for Expedited Relief and its request that this Court vacate its Order granting expedited relief. Although the Motion for Expedited Relief does not specifically articulate grounds for relief, in its Motion for Relief from Stay, Union State Bank of Fargo alleges not less than six reasons supporting its request for expedited relief.  Specifically, Union State Bank alleges that Debtor has overdrawn its checking account with Union State Bank in the sum of $17,491.06, that Debtor does not have equity in collateral which serves as security for debt to the bank, that Debtor has not paid North Dakota Workforce Safety and Insurance premiums, that the equipment that serves as collateral for debt to the bank is in fair to poor condition and Debtor is not properly maintaining it, and the insurance coverage on the equipment will lapse during the first week in October. Upon review of all the grounds alleged and the documentation supporting it, the Court found grounds for granting the bank's request for an expedited hearing. Debtor's objection did not address the lapse in insurance coverage on the bank's collateral and some of the banks other allegations.  Further, it offered no evidence in support of its claims. Therefore, Debtor's Objection to Motion for Expedited Relief is OVERRULED and its request that this Court vacate its Order granting expedited relief is DENIED. The hearing on the

Motion for Relief from Stay will be held on October 7, 2013, as noted in Docket Number 23. The hearing is expedited by only three days, allowing both parties 10 days to prepare for the hearing.

Dated: September 30, 2013.

*Shon Hastings*

Shon Hastings, Judge
United States Bankruptcy Court