# EXHIBIT LIST

Date 10/7/13

Location: (Fgo)  Bis  GF  Mnt

Case # 13-30607 SH

Adversary # _____

Case Name: J+J Oilfield Services, Inc.

Counsel: Atty. Joseph Turman
Atty. Lee Henderson

Atty. Kip Kaler

| No | Plf | Def | Witness | Description | OFFERED | OBJECTION | RESERVED | OVERRULED | SUSTAINED | RECEIVED | WITHDRAWN | SIGNOUT |
|----|-----|-----|---------|-------------|---------|-----------|----------|-----------|-----------|----------|-----------|---------|
| 1 | JT | | Chris Gellner | Desk Appraisal prepared by Richie Bros. | X X | X X | | X | X | X | | |
| 2 | JT | | Chris Gellner | Photos of J+J equip. | X | X | | | X | | | |
| 2 | JT | | Chris Gellner | pages 000055-000061 photos | X | | | | | X | | |
| 2 | JT | | " | pages 00001-00009 | X | | | | | X | | |
| 2 | JT | | " | pages 000062-000072 | X | | | | | X | | |
| 2 | JT | | " | pgs 73-77 + pgs 53-54 | X | | | | | X | | |
| 2 | JT | | " | pgs 94-100 | X | | | | | X | | |
| 2 | JT | | " | pgs 114-121 | X | | | | | X | | |
| 2 | JT | | " | pgs. 138-159 | X | | | | | X | | |
| 2 | JT | | " | pgs. 257-261 | X | | | | | X | | |

Irregular Exhibits Not in File _____

Form R-120 (02/90)    Court Reporter FTR    Deputy Clerk Sh

# EXHIBIT LIST

Date: 10/7/13
Location: (Fgo) Bis  GF  Mnt
Case #: 13-30607 SH
Adversary #: ___
Case Name: J+J Oilfield Services, Inc.

Counsel: Atty. Joseph Turman / Atty. Lee Henderson  |  Atty. Kip Kaler

| No | Plf | Def | Witness | Description | OFFERED | OBJECTION | RESERVED | OVERRULED | SUSTAINED | RECEIVED | WITHDRAWN | SIGNOUT |
|----|-----|-----|---------|-------------|---------|-----------|----------|-----------|-----------|----------|-----------|---------|
| 2 | JT |  | Chris Gellner | pgs. 186-195 | X |  |  |  |  |  | X |  |
| 2 | JT |  | " | pgs. 196-202 | X |  |  |  |  |  | X |  |
| 2 | JT |  | " | pgs. 207-213 | X |  |  |  |  |  | X |  |
| 2 | JT |  | " | pgs. 310-314 |  |  |  |  |  |  |  |  |
| 2 | JT |  | " | 403-405, 387-389, 247, 331-338, 343-345, | X |  |  |  |  |  | X |  |
| 2 | JT |  | " | 391-402, 406-412, 353 + 387 | X |  |  |  |  |  | X |  |
| 2 | JT |  | " | pgs. 175-181 + 160-164 | X |  |  |  |  |  | X |  |
| 2 | JT |  | " | 262-267 | X |  |  |  |  |  | X |  |
| 2 | JT |  | " | 224-232, 214-223, 233-245, 262-267 | X |  |  |  |  |  | X |  |
| 2 | JT |  | " | pgs 14-33 | X |  |  |  |  |  | X |  |

Irregular Exhibits Not in File: ___

Form R-120 (02/90)    Court Reporter: FTR    Deputy Clerk: Sh

# EXHIBIT LIST

Date 10/7/13

Case # 13-30607 SH

Case Name J+J Oilfield Services, Inc.

Location (Fgo) Bis  GF  Mnt

Adversary # _____

Counsel: Atty. Joseph Turman / Atty. Lee Henderson     Atty. Kip Kaler

| No | Plf | Def | Witness | Description | OFFERED | OBJECTION | RESERVED | OVERRULED | SUSTAINED | RECEIVED | WITHDRAWN | SIGNOUT |
|----|-----|-----|---------|-------------|---------|-----------|----------|-----------|-----------|----------|-----------|---------|
| 3 | JT | 10/8 | Joseph Ottesen | Loan Documents | X | | | | | | X | |
| 4 | JT | | Joseph Ottesen | Accounts Payable also N | X | | | | | | X | |
| 5 | JT | | Joseph Ottesen | Aging Receivables | X | | | | | | X | |
| 6 | JT | | Ottesen | Schedule B | X | | | | | | X | |
| 7 | JT | | Ottesen | Declaration Page of Ins. Policy | X | | | | | | X | |
| 8 | JT | 10/8 | Ottesen | Accts Receivable - 2013 2-20-13 - 8-28-13 | X | | | | | | X | |
| 9 | JT | 10/8 | — | UCC Search | X | | | | | | X | |
| 10 | JT | | Ottesen | Financial Statement 8-31-12 | X | | | | | | X | |
| 11 | KK | 10/8 | Mary Johnson | Gary Meyer appraisal | XX | XX | | | XX | | | |
| 12 | KK | 10/8 | — | Emails w/ Subpoena to Richie Bros. | X | | | | | | X | |

Irregular Exhibits Not in File _____

Form R-120 (02/90)     Court Reporter FTR     Deputy Clerk SN

# EXHIBIT LIST

Date: 10/8/13

Location: (Fgo) Bis  GF  Mnt

Case #: 13-30607 _____ SH

Adversary #: _____

Case Name: J+J Oilfield Services, Inc.

Counsel: Atty Joseph Turman
Atty. Lee Henderson

Atty. Kip Kaler

| No | Plf | Def | Witness | Description | OFFERED | OBJECTION | RESERVED | OVERRULED | SUSTAINED | RECEIVED | WITHDRAWN | SIGNOUT |
|----|-----|-----|---------|-------------|---------|-----------|----------|-----------|-----------|----------|-----------|---------|
| 13 | KK | 10/8 | — | Summary of Schedules + A-H (Doc. 37) | X X | X | | | | X | | |
| 14 | KK | 10/8 | Travis Headley | Pamphlet + Resume of Iron Planet | X | X | | | X | X | | |
| 15 | KK | 10/9 | Joseph Ottesen | Closing Sale Totals 12-12-12 sale | X | | | | | X | | |
| 16 | KK | 10/9 | Joseph Ottesen | Closing Statement Totals 7-10-13 sale | X | | | | | X | | |
| 17 | KK | 10/9 | Ottesen | Income Tax Return 2011 - J+J Oilfield | X | | | | | X | | |
| 18 | KK | 10/9 | Ottesen | Income Tax Return 2010 - J+J Oilfield | X | | | | | X | | |

Irregular Exhibits Not in File _____

Form R-120 (02/90)   Court Reporter: FTR   Deputy Clerk: SW